Exhibit A



# United States of America
## United States Patent and Trademark Office

# AMBIT

**Reg. No. 3,786,848**

**Registered May 11, 2010**

**Int. Cl.: 39**

**SERVICE MARK**

**PRINCIPAL REGISTER**

AMBIT ENERGY, LP (TEXAS LIMITED PARTNERSHIP)
SUITE 200
1801 N. LAMAR STREET
DALLAS, TX 75202

FOR: DISTRIBUTION OF ENERGY, NAMELY, DISTRIBUTION OF ELECTRICITY AND NATURAL GAS TO RESIDENTIAL AND COMMERCIAL USERS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 9-0-2006; IN COMMERCE 9-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,389,005 AND 3,443,624.

SER. NO. 77-713,731, FILED 4-14-2009.

CYNTHIA TRIPI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Exhibit B

**Int. Cl.: 4**

**Prior U.S. Cls.: 1, 6 and 15**

**Reg. No. 3,389,005**

## United States Patent and Trademark Office

Registered Feb. 26, 2008

### TRADEMARK
#### PRINCIPAL REGISTER



AMBIT ENERGY, L.P. (TEXAS LIMITED PART-
NERSHIP)
1801 N. LAMAR STREET
SUITE 200
DALLAS, TX 75202

FOR: ELECTRICAL ENERGY; NATURAL GAS,
IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 9-0-2006; IN COMMERCE 9-0-2006.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ENERGY", APART FROM THE
MARK AS SHOWN.

THE MARK CONSISTS OF A STYLIZED LETTER
I AND CONCENTRIC CIRCLES RADIATING FROM
THE BEHIND THE I.

SER. NO. 78-921,917, FILED 7-3-2006.

PRISCILLA MILTON, EXAMINING ATTORNEY

Exhibit C

**Int. Cl.: 39**

**Prior U.S. Cls.: 100 and 105**

**Reg. No. 3,443,624**

## United States Patent and Trademark Office

Registered June 10, 2008

**SERVICE MARK**
**PRINCIPAL REGISTER**

# AMBIT ENERGY

AMBIT ENERGY, L.P. (TEXAS LIMITED PART-
NERSHIP)
STE. 200
1801 N. LAMAR STREET
DALLAS, TX 75202

FOR: DISTRIBUTION OF ENERGY, NAMELY,
PROVIDING ELECTRICAL ENERGY AND NATUR-
AL GAS TO RESIDENTIAL AND COMMERCIAL
USERS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 9-0-2006; IN COMMERCE 9-0-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ENERGY", APART FROM THE
MARK AS SHOWN.

SER. NO. 77-108,474, FILED 2-15-2007.

SUSAN RICHARDS, EXAMINING ATTORNEY

Exhibit D



# United States of America
## United States Patent and Trademark Office

# AMBIT ADVANTAGES

**Reg. No. 4,206,576**

**Registered Sep. 11, 2012**

**Int. Cl.: 39**

**SERVICE MARK**

**PRINCIPAL REGISTER**

AMBIT ENERGY HOLDINGS, L.L.C. (TEXAS LIMITED LIABILITY COMPANY)
1801 N. LAMAR STREET, SUITE 200
DALLAS, TX 75202

FOR: DISTRIBUTION OF ENERGY, NAMELY, PROVIDING ELECTRICAL ENERGY AND NATURAL GAS TO RESIDENTIAL AND COMMERCIAL USERS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,389,005, 3,443,624, AND 3,786,848.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ADVANTAGES", APART FROM THE MARK AS SHOWN.

SN 85-134,310, FILED 9-21-2010.

LINDA MICKLEBURGH, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

Exhibit E

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,077,883**

**Registered Dec. 27, 2011**

**Int. Cl.: 39**

**SERVICE MARK**

**PRINCIPAL REGISTER**

AMBIT ENERGY HOLDINGS, LLC (TEXAS LIMITED LIABILITY COMPANY)
1801 N. LAMAR STREET, SUITE 200
DALLAS, TX 75202

FOR: DISTRIBUTION OF ENERGY, NAMELY, PROVIDING ELECTRICAL ENERGY AND NATURAL GAS TO RESIDENTIAL AND COMMERCIAL USERS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

OWNER OF U.S. REG. NOS. 3,389,005, 3,443,624, AND 3,786,848.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENERGY", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "AMBIT ENERGY" FOLLOWED BY CAPITAL LETTER "A"'S FORMED IN A CIRCLE.

SN 85-138,291, FILED 9-25-2010.

LINDA MICKLEBURGH, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Exhibit F

# United States of America
## United States Patent and Trademark Office



**AMBIT**
**ENERGY**

**Reg. No. 4,094,404**

**Registered Jan. 31, 2012**

**Int. Cl.: 39**

**SERVICE MARK**

**PRINCIPAL REGISTER**

AMBIT ENERGY HOLDINGS, LLC (TEXAS LIMITED LIABILITY COMPANY)
1801 N. LAMAR STREET, SUITE 200
DALLAS, TX 75202

FOR: DISTRIBUTION OF ENERGY, NAMELY, PROVIDING ELECTRICAL ENERGY AND NATURAL GAS TO RESIDENTIAL AND COMMERCIAL USERS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

OWNER OF U.S. REG. NOS. 3,389,005, 3,443,624, AND 3,786,848.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENERGY", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "AMBIT ENERGY" AND ABOVE ARE CAPITAL LETTER "A"'S ARRANGED IN A CIRCLE.

SN 85-138,292, FILED 9-25-2010.

LINDA MICKLEBURGH, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Exhibit G



# United States of America
### United States Patent and Trademark Office

# AMBITION

**Reg. No. 4,364,518**

**Registered July 9, 2013**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

AMBIT ENERGY HOLDINGS, L.L.C. (TEXAS LIMITED LIABILITY COMPANY)
SUITE 200
1801 N. LAMAR STREET
DALLAS, TX 75202

FOR: ARRANGING AND CONDUCTING SPECIAL EVENTS FOR BUSINESS PURPOSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-2007; IN COMMERCE 9-0-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-780,344, FILED 11-15-2012.

MARK SHINER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Exhibit H



INTERNET ARCHIVE
WaybackMachine

http://www.ambit.com/ Go

159 captures
6 May 98 - 27 Apr 12

APR AUG SEP
8
2009 2011 2012

Close
Help

AmbitSOlar

Login

# Fastest Growing Industry

In The Next 90 Seconds – Gain Access To An Easy Referral Program That Can Earn You Up To $1000 A Day

- No Selling, Save People Money
- No Experience, or Degree Needed
- Must Have an Internet Connection to Qualify.
- Work From Anywhere and Choose Your Own Hours.
- Limited Number of Positions, Check Availability Now.

Learn More

## Signup For the Prerelease Now

Email

Confirm email

Password

Confirm password

Register >>

We value your privacy. Ambit will not sell or rent your email address to third parties.

About

© 2011 Ambit.com, Inc.

Exhibit I



Ambit

Login

# Be Your Own Hedge Fund

Just like the pros, Ambit uses the predictive power of math and science to deliver superior investment returns. Unlike the pros, Ambit delivers these returns to you. No training fees. No management fees. Simplicity. Clarity. Results.

*"Life today moves at an incredibly fast pace. Who has time to sit at a computer monitoring the market all day? Ambit gives you the freedom to live your life but gives you a "heads up" when it's time to make a move."*

Paul - Memphis, TN

Learn More

## Start Your 7 Day Free Trial

Email

Confirm email

Password

Confirm password

Register >>

We value your privacy. Ambit will not sell or rent your email address to third parties.

| 2010 Returns | Buy & Hold | Ambit | |
|---|---|---|---|
| NASDAQ | +16.91% | Return | Advantage |
| QQQQ | +19.04% | +40.78% | +21.74% |
| QLD | +36.90% | +96.02% | +59.12% |
| TQQQ | +89.30% | +169.47% | +80.17% |
| | | Average trades: 18 | |

| 2010 Returns | Buy & Hold | Ambit | |
|---|---|---|---|
| S&P 500 | +12.77% | Return | Advantage |
| SPY | +12.84% | +31.03% | +18.19% |
| SSO | +25.66% | +75.97% | +50.31% |
| UPRO | +36.00% | +130.43% | +94.43% |
| | | 18 trades | |

About FAQ Careers Terms Privacy

© 2013 Ambit.com, Inc.

Exhibit J

0 / $0.00          UNITED STATES



Home / Sports Watch Collections / Suunto Ambit Collection

PRODUCTS

**STORY**     **COLLECTION**     **SUUNTO APPS**     **KEY FEATURES**     **PEOPLE**

# SUUNTO AMBIT – GPS WATCHES FOR EXPLORERS AND ATHLETES





# INTEGRATED GPS WITH HEART RATE MONITORING FOR THE OUTDOOR SPORTS

Suunto Ambit changed everything. It was the first GPS watch to combine cutting-edge outdoor and training features, with thousands of sports apps ready to download. And it continues to evolve with the release of even more advanced apps. Building on this tradition, Suunto Ambit2 and Ambit2 S add next-generation multisport features for swimming, cycling and more.

**The Suunto Ambit2 & Ambit2 S virtual tour**

Learn the key features of Suunto Ambit2 and Ambit2 S in an